UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

ANDREW B. INDAHL,

    Plaintiff,

v.                       CIVIL ACTION NO: 1:18-cv-00540 KBM-KRS

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A. a NEW MEXICO PROFESSIONAL ASSOCIATION,

    Defendant.

## DECLARATION OF CHRISTOPHER M. MOODY

I, Christopher M. Moody, upon my oath and under penalty of perjury, state the following:

1.     I am over the age of 18 and competent to make this declaration. The contents are true and accurate to the best of my knowledge and belief and are based on my own personal knowledge.

2.     I am an attorney and a partner at Moody & Stanford, P.C., counsel for Plaintiff Andrew B. Indahl in this case.

3.     On June 15, 2018 I spoke with opposing counsel Sara Sanchez on the phone. I told her that our research indicated that there was no federal jurisdiction in this case and that removal of the case was improvident. I offered to stipulate that Plaintiff asserts no federal claims in this case. Ms. Sanchez stated that her research indicated the case was properly removed and she declined to agree to remand the case to state court.

4.     Shortly after our call, I emailed Ms. Sanchez and attached nine cases which supported the conclusion that there was no federal subject matter jurisdiction over cases such as



this case and that removal was therefore not objectively reasonable. A true and correct copy of my email to Ms. Sanchez is attached as Exhibit A to this Declaration.

5. On June 19, 2018 Ms. Sanchez responded via email stating that she believed removal was objectively reasonable. A true and correct copy of Ms. Sanchez' email to me is attached as Exhibit B to this Declaration. I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 20_, 2018

Christopher M. Moody

2

# Chris Moody

| | |
|---|---|
| **From:** | Chris Moody |
| **Sent:** | Friday, June 15, 2018 1:15 PM |
| **To:** | 'Sara Sanchez' |
| **Subject:** | Indahl v. Modrall |
| **Attachments:** | Ambrose v. Grindell & Romero Ins._ Inc._ 2018 U.S. Dist.wpd; Ulibarri v. Pers. Sec. Consultants_ Inc._ 2016 U.S. Dis.doc; Lees v. RMCI.pdf; Files v. LANS.pdf; Coates v. JDB of New Mexico.pdf; Salazar v. City of Albuquerque.pdf; Martinez v. State of New Mexico.pdf; Noel v. J.P. Morgan Chase Bank N.A._ 918 F. Supp. 2d 123.pdf; Casey v. Midwest Title Serv._ 2006 U.S. Dist. LEXIS 727.doc |

Sara:

As a follow up to out call this morning, I'm attaching a number of cases our quick research has turned up that appear to be directly on point. We haven't turned up any cases that would support your removal in this case. Our view is that with the state of the law as reflected in these cases, you did not have an objectively reasonable basis for removal. As I said on our call, to avoid the time and expense of briefing a motion to remand we are willing to stipulate that we are not pursuing federal law claims. Unless we hear from you, we will file a motion to remand sometime next week.

Chris



1

# Chris Moody

| | |
|---|---|
| **From:** | Sara Sanchez <SSanchez@stelznerlaw.com> |
| **Sent:** | Tuesday, June 19, 2018 12:51 PM |
| **To:** | Chris Moody |
| **Cc:** | Rebekah Gallegos |
| **Subject:** | RE: Indahl v. Modrall |

Hi Chris:

Thank you for your call last week and for forwarding these cases. We've reviewed them closely, and we've conducted extensive additional research of our own. Based upon all of our research, and our reading of Plaintiff's complaint, we continue to view this removal as appropriate and objectively reasonable.

Thank you,

Sara N. Sanchez
Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A.
302 8th Street NW, Suite 200
Albuquerque, New Mexico 87102
(505) 938-7770
(505) 938-7781 (facsimile)

Mailing Address:
Post Office Box 528
Albuquerque, New Mexico 87103

Email: ssanchez@stelznerlaw.com
Web: www.stelznerlaw.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney/client privileged and may contain privileged or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, immediately notify the sender by telephone at 505-938-7770 and return the original message to the sender and Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A.

**From:** Chris Moody [mailto:moody@nmlaborlaw.com]
**Sent:** Friday, June 15, 2018 1:15 PM
**To:** Sara Sanchez <SSanchez@stelznerlaw.com>
**Subject:** Indahl v. Modrall



Sara:

As a follow up to out call this morning, I'm attaching a number of cases our quick research has turned up that appear to be directly on point. We haven't turned up any cases that would support your removal in this case. Our view is that with the state of the law as reflected in these cases, you did not have an objectively reasonable basis for removal. As I said on

our call, to avoid the time and expense of briefing a motion to remand we are willing to stipulate that we are not pursuing federal law claims. Unless we hear from you, we will file a motion to remand sometime next week.

Chris