# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Mitchell R. Elfers**
**Clerk of Court**
(Acting)

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

December 11, 2018

Clerk of the District Court
First Judicial District Court
Santa Fe County Courthouse
P.O. Box 2268
Santa Fe, NM  87504-2268

**RE:   Andrew B. Indahl v. Modrall Sperling Roehl Harris & Sisk, P.A.**
**18cv540 KBM/KRS**

Dear Sir or Madam:

Please find enclosed a certified copy of the Memorandum Opinion and Order of Remand, signed by United States Magistrate Judge Karen B. Molzen, along with copies of the entire case file, remanding this case to your Court.

Sincerely,

MITCHELL R. ELFERS
Clerk of Court (Acting)

By: _____
      Deputy Clerk